UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
No. 99-40883
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LACHANDRA LATAAN MITCHELL,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Eastern District of Texas
(1:98-CR-200-ALL)
_____

March 22, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

Lachandra Lataan Mitchell appeals her conviction for one count of possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1).

First, Mitchell contends that the district court erred in denying her motion to suppress. The officers' initial stop of Mitchell was properly based on a violation of Texas law, namely, her failure to have a properly displayed license plate, and their subsequent detention of Mitchell was founded upon reasonable suspicion. *See United States v. Prudhome*, 13 F.3d 147, 149 (5th Cir.), *cert. denied*, 511 U.S. 1097 (1994); *United States v. Tellez*,

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

11 F.3d 530, 532 (5th Cir. 1993), *cert. denied*, 511 U.S. 1060 (1994). Accordingly, the district court did *not* err in denying the motion to suppress. *See* **United States v. Inocencio**, 40 F.3d 716, 721 (5th Cir. 1994).

Next, Mitchell claims insufficient evidence to support her conviction. When stopped, Mitchell consented to her vehicle being searched. Crack and powder cocaine, with an approximate $250,000 street value, was found in the trunk. Her conviction was amply supported by evidence of her guilty knowledge and intent to distribute the cocaine. *See* **United States v. Jones**, 185 F.3d 459, 464 (5th Cir. 1999).

**AFFIRMED**